IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case No.: 2:25-cv-14321-JEM

BEATRIZ BOCANEGRA

    Plaintiff,

vs.

MONARCH RECOVERY MANAGEMENT, INC.

    Defendant.
_____/

**DEFENDANT MONARCH RECOVERY MANAGEMENT, INC.'S
ANSWER TO PLAINTIFF'S COMPLAINT**

Defendant Monarch Recovery Management, Inc. ("Defendant" or "Monarch"), by and through its undersigned attorneys, for its Answer to Plaintiff Beatriz Bocanegra's ("Plaintiff") Complaint, upon information and belief states as follows:

**PARTIES, JURISDICTION, AND VENUE**

1. Defendant lacks knowledge and information of the allegations contained within paragraph 1 and therefore denies same.

2. Admitted in part. Defendant admits it is a foreign corporation licensed in Florida, but denies any and all allegations of liability in connection with same.

3. Defendant lacks knowledge and information of the allegations contained within paragraph 3 and therefore denies same.

4. Defendant lacks knowledge and information of the allegations contained within paragraph 4 and therefore denies same.

## GENERAL ALLEGATIONS

5. Defendant admits Plaintiff commenced this action in connection with allegations of unlawful debt collection. Defendant denies any and all allegations of liability.

6. Defendant lacks knowledge and information of the allegations contained within paragraph 6 and therefore denies same.

7. Defendant lacks knowledge and information of the allegations contained within paragraph 7 and therefore denies same.

8. Defendant lacks knowledge and information of the allegations contained within paragraph 8 and therefore denies same.

9. Defendant lacks knowledge and information of the allegations contained within paragraph 9 and therefore denies same.

10. Defendant denies the allegations in paragraph 10.

## COUNT I
## VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT (§ 559.72 *et seq.*)

11. Defendant reasserts and realleges paragraphs 1-10 with the full force and effect as if fully restated herein.

12. The allegations in Paragraph 12 constitute conclusions of law, to which no response is required. To the extent that a response is required, Defendant denies each and every allegation in Paragraph 12.

13. Defendant denies the allegations in paragraph 13.

14. Defendant denies the allegations in paragraph 14.

15. Defendant denies the allegations in paragraph 15.

## COUNT II
## VIOLATION OF THE FAIR DEBT PRACTICES ACT.
## (15 U.S.C. § 1692 *et seq.*)

16. Defendant reasserts and realleges paragraphs 1-15 with the full force and effect as if fully restated herein.

17. The allegations in Paragraph 17 constitute conclusions of law, to which no response is required. To the extent that a response is required, Defendant denies each and every allegation in Paragraph 17.

18. Defendant denies the allegations in paragraph 18.

19. Defendant denies the allegations in paragraph 19.

20. Defendant denies the allegations in paragraph 20.

21. Defendant denies the allegations in paragraph 21.

22. Defendant denies the allegations in paragraph 22.

23. Defendant denies the allegations in paragraph 23.

## FIRST AFFIRMATIVE DEFENSE

24. Plaintiff failed to mitigate her damages.

## SECOND AFFIRMATIVE DEFENSE

25. Plaintiff's claims may be precluded, in whole or in part, to the extent Plaintiff's purported damages, if any, were caused by third parties over whom Defendant has no control or authority.

## THIRD AFFIRMATIVE DEFENSE

26. Plaintiff's claims may be precluded, in whole or in part, to the extent Plaintiff's purported damages, if any, were caused by Plaintiff's acts and/or omissions.

## **FOURTH AFFIRMATIVE DEFENSE**

27. To the extent that Defendant's actions violated the law, such actions were the result of a bona fide error notwithstanding reasonable procedures designed to avoid such error(s).

WHEREFORE, Defendant Monarch Recovery Management, Inc. respectfully demands judgment against the Plaintiff dismissing the Complaint in its entirety together with such other, further, or different relief, not inconsistent herewith, as may be just, equitable and proper, together with the costs and disbursements of this action.

Dated: September 10, 2025

LIPPES MATHIAS LLP

*/s/ Brittany P. Borck*
**Brittany P. Borck, Esq.**
Attorneys for Defendant
Florida Bar No. 114047
4420 Beacon Circle
West Palm Beach, FL 33407
Phone: (561) 842-3000
Facsimile: (561) 842-3626
E-mail: bborck@lippes.com
          wrojas@lippes.com